No. 99–9697.  ZIMMERMAN *v.* MELOY ET AL.  C. A. 7th Cir. Certiorari denied.

No. 99–9698.  BASSETT *v.* NEVADA ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 99–9699.  ALLEN *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 99–9701.  MOORE *v.* NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–9702.  JOHNSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 99–9705.  MILTON *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–9706.  NEELY *v.* ADAMS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–9707.  CHAVIES *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 99–9708.  COBB *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 99–9710.  CHOICE *v.* GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL.  C. A. 2d Cir. Certiorari denied.

No. 99–9713.  POSHEPNY *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 99–9715.  FLOHS *v.* DOW CORNING CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–9719.  UKENI *v.* GAITHER, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 99–9720.  TANCEMORE *v.* BYRD ET AL.  C. A. 3d Cir.  Certiorari denied.